# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1210

_____

United States of America,                    *
                                             *
           Plaintiff-Appellee,               *
                                             *
     v.                                      *
                                             *   Appeal from the United States
$29,000, also known as Elita                 *   District Court for the Western
Crossland, also known as Thomas Scott        *   District of Arkansas.
Crossland, in United States Currency;        *
                                             *        [UNPUBLISHED]
           Defendant,                        *
                                             *
Scott Crossland, also known as Thomas        *
Scott Crossland,                             *
                                             *
           Claimant-Appellant.               *

_____

Submitted: September 2, 2003
     Filed: September 15, 2003
_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Scott Crossland appeals from the district court's[*] adverse grant of summary judgment in Crossland's civil forfeiture action, contending there was evidence in the record to establish the $29,000 at issue represented proceeds from legitimate business ventures, the district court wrongly denied his motion to stay the summary judgment motion, and the forfeiture action was untimely. After careful review, we affirm.

The district court did not abuse its discretion in denying a stay, because Crossland did not identify the discovery he was lacking and how a continuance would have enabled him to obtain needed discovery. See Alexander v. Pathfinder, Inc., 189 F.3d 735, 744 (8th Cir. 1999). We also conclude summary judgment was proper because the government presented unrebutted evidence of probable cause, and Crossland failed to create a genuine issue of material fact as to whether the money represented proceeds from a legitimate business. See United States v. Premises Known as 7725 Unity Ave. N., Brooklyn Park, Minn., 294 F.3d 954, 958 (8th Cir. 2002). Finally, the forfeiture action was timely filed. See United States v. Twenty-Seven Parcels of Real Prop. Located in Sikeston, Mo., 236 F.3d 438, 440 (8th Cir. 2001) (statute of limitations).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[*]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.